IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII MASONS' HEALTH AND WELFARE FUND, by its Trustees, Herbert Inouye, Carl Ito, Vincent Nihipali, Sr., Darlean Kiyokane, Ryan Wada, John Gervacio, Peter Iriarte, Nolan Moriwaki, John Vaielua, Ricky Tamashiro;  HAWAII MASONS' TRAINING FUND, by its Trustees, Bert Beaman, Carl Ito, Glen Kaneshige, Darlean Kiyokane, Francis Pascual, John Gervacio, Peter Iriarte, Nolan Moriwaki, John Vaielua, Ricky Tamashiro; HAWAII MASONS' PENSION FUND, by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, Peter Iriarte, John Gervacio, Nolan Moriwaki, John Vaielua, Ricky Tamashiro;  HAWAII  MASONS' VACATION AND  HOLIDAY FUND, by its Trustees, Carl Ito, Glen Kaneshige, Vincent Nihipali, Sr., Darlean Kiyokane, Ron Prescott, Peter Iriarte, John Gervacio, Nolan Moriwaki, John Vaielua, Ricky Tamashiro;  HAWAII MASONS' AND PLASTERERS' ANNUITY FUND, by its Trustees, Anacleto Alcantra, Carl Ito, Rodney Kaichi, Mits Kaneshige, Donald Pang, Peter Iriarte, John Gervacio, Nolan Moriwaki, John Vaielua, Ricky Tamashiro, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 15-00274 DKW-BMK<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |
| Plaintiffs, | ) | |

vs.                                            )
                                               )
RON'S CONCRETE SPECIALISTS,                    )
LTD., RON'S CONCRETE                           )
SPECIALISTS, LTD, a Hawaii                     )
corporation; JOHN MAINAAUPO,                   )
JR., individually;  JOHN DOES 1-               )
10; JANE DOES 1-10; DOE                        )
CORPORATIONS 1-10; DOE                         )
PARTNERSHIPS 1-10; DOE                         )
GOVERNMENTAL AGENCIES 1-                       )
10, DOE TRUSTS 1-10,                           )
                                               )
            Defendants.                        )
_____ )


## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on January 14, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Plaintiff's Motion for Default Judgment against

//              //


//              //

Defendants Ron's Concrete Specialists, Ltd and Jon Mainaaupo, Jr." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 2, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Hawaii Masons' Health and Welfare Fund et. al. v. Ron's Concrete Specialists, Ltd., et. al.; Civil No. CV 15-00274 DKW-BMK; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**